THE PEOPLE OF THE STATE OF ILLINOIS, Respondent-Appellee, *v.* CLYDE GUNN, Petitioner-Appellant.

(No. 60570; )

First District (1st Division)—May 19, 1975.

PER CURIAM.

Paul Bradley and Allen L. Wiederer, both of State Appellate Defender's Office, of Chicago, for appellant.

Bernard Carey, State's Attorney, of Chicago (Laurence J. Bolon and Raymond J. Prosser, Assistant State's Attorneys, of counsel), for the People.